**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:  TANGELA YVETTE JONES
         110 HICKORY HILLS COURT #13     CASE NO. 14-05087-MH3-13
         NASHVILLE, TN 37214
                 **Debtor**
SSN: XXX-XX-6376

### AMENDED NOTICE OF DEBTOR'S NEW ADDRESS

Comes now the debtor, by and through undersigned counsel, and hereby gives notice of her **NEW address (Apt #)** as follows:

DEBTOR'S OLD ADDRESS

110 HICKORY HILLS COURT #14
NASHVILLE, TN 37214

**DEBTOR'S NEW ADDRESS**

**110 HICKORY HILLS COURT # 13
NASHVILLE, TN 37214**

Respectfully Submitted,

/S/MARK PODIS
Mark R. Podis (BPR #012216)
Attorney for Debtor
1161 Murfreesboro Road Suite 300
Nashville, TN 37217
Phone (615) 399-3800
Fax (615) 399-9794
email – PodisBankruptcy@aol.com

CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing Notice has been delivered to the U.S. Trustee, 701 Broadway, 318 Customs House, Nashville, TN 37203 and delivered to the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203-0019, mailed to the debtor, to all parties in interest and copies were also sent via CM/ECF @ http://ecf.tnmb.uscourts.gov. on this the 27th day of September, 2017.

                                   /s/Mark Podis
                                   MARK R. PODIS

      A TOTAL OF 16 COPIES HAVE BEEN MAILED TO CREDITORS ON ATTACHED MATRIX.

Total first class 16

Total Certified 0